IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSY

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM | Mag. No. 14-7243<br><br>**Sealing Order** |

Upon the petition of the United States of America, by Paul J. Fishman, the United States Attorney for the District of New Jersey (Osmar J. Benvenuto, Assistant United States Attorney, appearing), for a writ of habeas corpus ad testificandum, and for good cause shown,

IT IS on this _____ day of November, 2014,

ORDERED that the Petition and Writ of Habeas Corpus Ad Prosequendum are sealed, with the exception of the Writ of Habeas Corpus to be served on the United States Marshal's Service and the South Woods State Prison, be filed under seal, and they are hereby sealed until the initial appearance of the individual named in the Writ of Habeas Corpus Ad Prosequendum or until further order of this Court.

HON. CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE